March 1, 1956.

No. 1. Silesian Holding Co. et al. *v.* Union Bank of Switzerland et al.; and No. 2. Brownell, Attorney General, Successor to the Alien Property Custodian, *v.* Union Bank of Switzerland et al. On petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit. The petitions for writs of certiorari are dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Ralph D. Ray* for the Silesian Holding Co., *William Gilligan* for the Silesian-American Corporation, and *Charles E. Scribner* for the Bondholders Protective Committee were on the stipulation for petitioners in No. 1. *Solicitor General Sobeloff* was on the stipulation for petitioner in No. 2. *Lawrence J. McKay* was on the stipulation for respondents. See 350 U. S. 858.

No. 198. Aktieselskabet Dampskibsselskabet Svenborg et al. *v.* United States. On petition for writ of certiorari to the Court of Claims. Dismissed on motion of petitioners pursuant to Rule 60 of the Rules of this Court. *Stanley W. Schaefer* for petitioners. *Solicitor General Sobeloff, Acting Assistant Attorney General Leonard, Melvin Richter* and *William W. Ross* were on the brief for the United States in opposition to the petition.

No. 556. Dampskibsselskabet Norden Aktieselskab et al. *v.* United States. On petition for writ of certiorari to the Court of Claims. Dismissed on motion of petitioners pursuant to Rule 60 of the Rules of this Court. *Stanley W. Schaefer* for petitioners. *Solicitor General Sobeloff* for the United States.